UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN
_____

In the Matter of:
 JASON P DELIKAT                                Chapter 13 Bankruptcy
 JANET L DELIKAT                                Case No. 11-31075 - MDM
_____

**TRUSTEE'S OBJECTION TO PROOF OF AMENDED CLAIM NO. 17 FILED BY JPMORGAN CHASE BANK, NA AGENT FOR SOUTHSTAR FUNDING, LLC**
_____

      The Chapter 13 Trustee, Mary B. Grossman, hereby objects to the proof of amended claim number 17 filed by JPMORGAN CHASE BANK, NA AGENT FOR SOUTHSTAR FUNDING, LLC   in this bankruptcy matter on the following grounds:

      1. JPMORGAN CHASE BANK, NA AGENT FOR SOUTHSTAR FUNDING, LLC filed an unsecured claim for $27,348.54 on November 10, 2014.

      2. Pursuant to Bankruptcy Rule 3002(c), the last day to file claims, except for the claims of governmental units, was November 28, 2011.

      WHEREFORE, the Trustee respectfully requests that this Court enter an Order disallowing this claim in its entirety because the creditor filed its claim after the claims deadline.

      Dated in Milwaukee, Wisconsin on November 21, 2014.

                                           /s/_____
                                           Mary B. Grossman, Trustee
                                           Rebecca R. Garcia, Staff Attorney
                                           Robert W. Stack, Staff Attorney
                                           Chapter 13 Standing Trustee
                                           P.O. Box 510920
                                           Milwaukee, Wisconsin 53203
                                           T:  (414) 271-3943
                                           F:  (414) 271-9344

<u>Drafted by:</u>
sk

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

---

In the Matter of:
 JASON P DELIKAT                                    Chapter 13 Bankruptcy
 JANET L DELIKAT                                    Case No. 11-31075 - MDM

---

**NOTICE OF TRUSTEE'S OBJECTION TO PROOF OF AMENDED CLAIM NO. 17 FILED BY JPMORGAN CHASE BANK, NA AGENT FOR SOUTHSTAR FUNDING, LLC**

---

**NOTICE TO PARTIES IN INTEREST**:

The Chapter 13 Trustee, Mary B. Grossman, has filed an objection to your claim in this bankruptcy case.

**Your claim may be reduced, modified or eliminated.   You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.   (If you do not have an attorney, you may wish to consult with one.)**

If you do not want the court to eliminate or change your claim, then on or before five (5) days before the scheduled hearing, which will be set by the Court and sent under a separate notice, you or your attorney must:

1.   File with the court a written response or an answer, **if you have not already done so,** explaining your position.   Your written response or answer must be filed at:

> United States Bankruptcy Court
> Eastern District of Wisconsin
> 517 East Wisconsin Avenue, Room 126
> Milwaukee, WI   53202

If you mail your request/response to the court for filing, you must mail it early enough so that the Court will **receive** it at least five (5) days before the hearing that will be scheduled by the Court.

You must also mail a copy to all opposing attorneys and parties if they are not represented by an attorney, including:

> THORPE & CHRISTIAN, SC
> 1624 HOBBS DRIVE
> SUITE 1
> DELAVAN, WI 53115

2. Attend the hearing, which will be scheduled by the Court. You will receive a separate notice of the hearing from the Bankruptcy Court. You should read it carefully as it may contain further requirements.

If you, or your attorney, do not take these steps, the court may decide that you do not oppose the objection to your claim.

Dated at Milwaukee, Wisconsin, on November 21, 2014.

/s/_____
Mary B. Grossman, Trustee
Rebecca R. Garcia, Staff Attorney
Robert W. Stack, Staff Attorney
Chapter 13 Standing Trustee
P.O. Box 510920
Milwaukee, Wisconsin 53203
T: (414) 271-3943
F: (414) 271-9344

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In the Matter of:
JASON P DELIKAT　　　　　　　　　　　　　　　Chapter 13 Bankruptcy
JANET L DELIKAT　　　　　　　　　　　　　　　Case No. 11-31075 - MDM

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2014, the **TRUSTEE'S OBJECTION TO PROOF OF AMENDED CLAIM NO. 17 FILED BY JPMORGAN CHASE BANK, NA AGENT FOR SOUTHSTAR FUNDING, LLC and NOTICE OF OBJECTION** in this case were electronically filed with the Clerk of Court and served upon the following parties using the ECF system:

　　　OFFICE OF THE U.S. TRUSTEE　　　　　　THORPE & CHRISTIAN, SC

I further certify that I have mailed by United States Postal Service the same documents to the following non-ECF participants:

　　　JASON P DELIKAT
　　　JANET L DELIKAT
　　　3770 EAST SCHMITZ DRIVE
　　　OAK CREEK, WI　53154

　　　REAL TIME RESOLUTIONS, INC. AGENT FOR
　　　JPMORGAN CHASE BANK, NA AGENT FOR
　　　SOUTHSTAR FUNDIN, LLC
　　　1349 EMPIRE CENTRAL DR.
　　　SUITE 150
　　　DALLAS, TX　75235

　　　CT CORPORATION SYSTEM
　　　REGISTERED AGENT FOR
　　　REAL TIME RESOLUTIONS, INC.
　　　8020 EXCELSIOR DR.　STE 200
　　　MADISON, WI　53717

I further certify that I have mailed by Certified Mail, Return Receipt Requested, through the United States Postal Service, the same document to the following non-ECF participant as required by Federal Rule of Bankruptcy Procedure 7004(h).

　　　JAMES DIMON
　　　CHAIRMAN AND CEO
　　　JP MORGAN CHASE BANK, NA
　　　270 PARK AVENUE
　　　NEW YORK, NY　10017

　　Dated:　November 21, 2014

　　　　　　　　　　　　　　　　　　/s/_____
　　　　　　　　　　　　　　　　　　Sally Kasik
　　　　　　　　　　　　　　　　　　Legal Assistant
　　　　　　　　　　　　　　　　　　Office of the Chapter 13 Trustee
　　　　　　　　　　　　　　　　　　P.O. Box 510920
　　　　　　　　　　　　　　　　　　Milwaukee, WI 53203
　　　　　　　　　　　　　　　　　　T:　(414) 271-3943　F:　(414) 271-9344