UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re: JANET DELIKAT ) Bk. No 11-31075
)
)
Debtors ) WITHDRAWAL OF PROOF
) OF CLAIM

Real Time Resolutions, Inc., withdraws its Proof of Claim #17 filed on November 10, 2014 as the claim was not intended to seek a distribution from the trustee.

Dated: 12-10-14

By Michael Shane
Managing Director-Bankruptcy